UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

In Re: Michelle W Jackson
Debtor(s)

AFFIDAVIT OF DEBTOR

State of Alabama*
County of Tuscaloosa*

Before me, the undersigned Notary Public, in and for said county and state, personally appeared Michelle W Jackson, who is known to me, and who, being first duly sworn, deposes and says as follows:

1. My name is Michelle W Jackson. I am the debtor in the above case. I have personal knowledge of the facts and information set out herein.

2. 11 U.S.C. Sec. 521 (a)(1)(B)(iv) and Rule 1007(b) & (c) of the Federal Rules of Bankruptcy Procedure require that I furnish all payment advices that I received from all employers within sixty days preceding the filing of this bankruptcy.

3. I was off work in January 2011 and did not receive any paystubs.

4. Pursuant to 11 U.S.C. Sec. 521(a)(1)(B)(iv) and Rule 1007(b) & (c) of the Federal Rules of Bankruptcy Procedure, I have provided all of the payment advices that I am physically able to provide during the sixty day period preceding the filing of this petition.

I make this affidavit on personal knowledge. Further, affiant saith not.

/s/ Michelle W Jackson
Michelle W Jackson, Affiant

Sworn to and subscribed before Rod C. Shirley, the undersigned Notary Public, on the 25th day of February , 2011.

/s/ Rod C. Shirley
Notary Public

My commission expires: November 7, 2011

ART Catering, Inc.
132 JARRELL DR. STE.A
BELLE CHASSE, Louisiana 70037

```
        ***  VOID  ***  VOID  ***  VOID  ***             03/05/10                    JAC4263


    JACKSON GERMONE                                                                    $.00
    4218 PELHUM HEIGHTS RD
    TUSCALOSSA, AL 35404




                 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
JACKSON,GERMONE                    JAC4263               7 SPIRIT                     03/05/10

Regular           13.000    40.00       520.00 Fed W/H              104.99             552.54
Ovtime 1          19.500    46.00       897.00 FICA                  93.43             528.61
Exc Rate          15.000     6.00        90.00 Medicare              21.85             123.63
                                               LA W/H                33.38             180.90
                                               CIGARETTES                               120.00
                                               DIRECT DEPOSIT      1253.35            7020.32



                            92.00      1507.00                     1507.00            8526.00
                           536.00      8526.00
                                                                                         0.00
```