# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

In the Matter of:

| | |
|---|---|
| Michelle W Jackson } | **Case No: 11-70411-CMS13** |
| SSN: XXX-XX-0142 } | |
| DEBTOR(S). } | |
| } | |
| } | |

## COURTROOM NOTES CONTINUING

| | |
|---|---|
| **Matter(s):** | Confirmation Hearing |
| **Date and Time:** | Tuesday, May 03, 2011 01:30 PM |
| **Appearances:** | C David Cottingham, Trustee |
| | Rod Cameron Shirley, attorney for Debtor |
| **Courtroom Deputy:** | Shirley Porter |
| **Presiding Judge:** | C. MICHAEL STILSON |
| **Court Notes:** | CONTINUE TO 5-31-11 1:30 |

Date Prepared:05/09/2011