# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, WESTERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 11−70411−CMS13 |
| Michelle W Jackson | **Chapter** 13 |
| **SSN:** xxx−xx−0142 | |
| **Debtor(s)** | |

## ORDER REDUCING NOTICE TIME AND NOTICE OF HEARING

Pursuant to Rule 9006(c)(1), the Court, for cause shown, reduces the notice time for hearing in the above−styled case.

It is therefore **ORDERED, ADJUDGED, and DECREED** that a hearing will be held to consider and act upon the following:

*25* − Motion to Determine Value of one coffee table, two end tables, sofa, two chairs, loveseat financed by Union Furniture Filed by Debtor Michelle W Jackson (Shirley, Rod)

**Date:** Tuesday, May 31, 2011     **Time:** 01:30 PM

**Location:** Room 358, Federal Courthouse, 1118 Greensboro Ave, Tuscaloosa, AL 35401

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached and filed with the Court by an attorney prior to the hearing date.

Dated: May 12, 2011

/s/ C. Michael Stilson
United States Bankruptcy Judge

meb